*Louis Boehm* and *Robert L. Boehm* for appellant.

*Denis M. Hurley, Corporation Counsel (Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK FOSELLA, Appellant.

Submitted June 6, 1952; decided July 15, 1952.

*Reuben R. Sirlin, Isaac Rubin* and *Milton D. Jacobs* for appellant.

*George M. Fanelli, District Attorney (Douglas L. McGuire* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.